IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARL UEDING-NICKEL, | ) | |
| | ) | |
| Petitioner, | ) | 8:19CV78 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Respondent's Motion for Extension of Time (First Request) (filing no. 6) is granted. Respondent's Answer and Brief shall be filed on or before June 7, 2019.

DATED this 9th day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge